IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOHN HENRY HUNTER, JR. ] | |
| ] | |
| Petitioner, ] | |
| ] | |
| v. ] | CIVIL ACTION NO. 08-RRA-0838-M |
| ] | |
| WARDEN JERRY FERRELL and ] | |
| THE ATTORNEY GENERAL FOR THE ] | |
| STATE OF ALABAMA, ] | |
| ] | |
| Respondents. ] | |

### ORDER

This is a petition for a writ of habeas corpus brought by a person in custody under a judgment of a court of the State of Alabama. 28 U.S.C. § 2254. In the petition, the petitioner, John Henry Hunter, Jr., challenges his January 28, 1999 conviction for murder, in the Etowah County Circuit Court.

It is hereby ORDERED that the respondents appear and show cause in writing within forty-two (42) days from the date of this order, why the relief requested by the petitioner should not be granted. The response should include a thorough discussion of all matters of fact and law relating to the petitioner's claims. The respondents are DIRECTED to include as a part of their response, all records from the state court proceedings that may be necessary to a determination of the issues raised in this petition. If the respondents allege that state remedies have not been exhausted, they are DIRECTED to set out in detail what efforts have been made by the petitioner to exhaust state remedies, how he has failed to exhaust state remedies, the state remedies available to him, the general procedure to be used to exhaust state remedies, and the appropriate court in which such remedies may be exhausted.

The Clerk is DIRECTED to mail a copy of this order to the petitioner and transmit to the respondents, a copy of this order, along with a copy of the petition for writ of habeas corpus.

DONE this 11th day of June, 2008.

/s/ Robert R. Armstrong
ROBERT R. ARMSTRONG, JR.
UNITED STATES MAGISTRATE JUDGE