IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

John Henry Hunter, Jr., \*
Petitioner, \*
\* Civil Action No.
vs. \* 08-RRA-0838-M
\*
Jerry Ferrell, et al, \*
Respondent. \*

### MOTION FOR EXTENSION OF TIME

Comes now, John Henry Hunter, by and through Legal Assistant/ Paralegal, assigned at Fountain Correctional Facility, in the above styled cause, hereby moving this Honorable Court for an extension of time to file objections to the Magistrate Judge's Report & Recommendation entered on September 17, 2008, and for just cause submits:

1. Petitioner is an incompetent person who relies on the legal assistant made available at Fountain Correctional Facility, and said institution is not where Petitioner is housed.

2. The legal assistant assigned to draft all legal documents for the Petitioner received the files on September 24, 2008, and could not perform the necessary preparation of legal documents within the alloted time frame to address the District Court of errors in the magistrate's R & R.

3. Petitioner is without the benefit of an adequately supplied law library, knowledge of law, competency, or otherwise materials to bring this matter into court in a timely manner without being duly granted until October 20, 2008 to submit Petitioner's objections.

DONE this 27 day of September, 2008.

Respectfully Submitted,

John Henry Hunter, Jr.
J.O. Davis
P.O. Box 4000
Atmore, Ala. 36503

CC/FILE: Cecil G. Brendle, Jr

/s/Brian Heath Harrison
Legal Assistant/Paralegal