# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JOHN HENRY HUNTER, JR.** ] | |
| ] | |
| Petitioner, ] | |
| ] | |
| v. ] | **CIVIL ACTION NO. 4:08-CV-0838-RDP** |
| ] | |
| **WARDEN JERRY FERRELL and** ] | |
| **THE ATTORNEY GENERAL FOR THE** ] | |
| **STATE OF ALABAMA,** ] | |
| ] | |
| Respondents. ] | |

## ORDER OF DISMISSAL

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to Petitioner.

**DONE** and **ORDERED** this    4th    day of November, 2008.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE