IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

RECEIVED
08 DEC 12 PM 2:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

John Henry Hunter, Jr.,
Appellant,

v.

Jerry Ferrell, Warden, et. al.,
Appellees,

Appeal No. 08-16597-D

District Court No. CV-08-00838-RDP

MOTION FOR COURT ORDER ORDERING THE APPELLEE TO PROVIDE THE APPELLANT A CERTIFIED STATEMENT OF HIS PRISON ACCOUNT

Comes now the Appellant, John Henry Hunter, Jr., pro se herein and by Law clerk at J.O. Davis Correctional Facility and moves this Honorable Court to order the Appellees to provide the Appellant with a certified statement of his prison account and as grounds to support his motion shows unto the Court as follows:

1. On November 26, 2008, the Court clerk sent notice to the Appellant that he would have fourteen days from this date in order to pay the filing fee and docket fee or to request leave to proceed in forma pauperis

On appeal in the District Court pursuant to Fed. R. App. P.24(a) and Eleventh Circuit Rule 42-1(b). However, the Appellees are preventing the Appellant from accomplishing this by not providing the Appellant with a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in his institutional account as required.

WHEREFORE THE PREMISES CONSIDERED, Appellant prays this Honorable Court to grant his motion for Court Order ordering the officials at J.O. Davis/ Fountain Correctional Center to provide the Appellant with a certified statement of his prison account and to extend the time for filing the Informa pauperis application.

Done this the 5th day of December 2008.

By Law Clerk:

_____
Henry Byrd

Respectfully submitted,

_____
John Henry Hawkes, Jr., pro se
AIS# 198425, Dorm-0-9A
J.O. Davis Corr. Facility
Fountain 2000
Atmore, AL. 36503-4000

(2)

CERTIFICATE OF SERVICE

I, John Henry Hunter, Jr., do hereby certify that I have this the 5th day of December, 2008 served a copy of the foregoing on the following by turning the same over to prison officials for deposit in the U.S. Mail, first class postage prepaid and properly addressed as follows pursuant to Houston v. Lack, under the penalty of perjury pursuant to 28 U.S.C. §1746,

U.S. District Court
Northern District
Hugo L. Black Courthouse
1729 Fifth Ave. No.
Birmingham, Al. 35203

Cecil G. Brendle, Jr.
Attorney General's Office
11 South Union Street
Montgomery, Al. 36130-0152

Respectfully,
John Henry Hunter Jr.
John Henry Hunter, Jr., pro se

(3)