IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN HENRY HUNTER, | ) |
| | ) |
| Plaintiff/Petitioner, | ) |
| | ) |
| vs. | ) CASE NO.: 4:08-CV-00838-RDP |
| | ) |
| JERRY FERRELL, et al., | ) |
| | ) |
| Defendants/Respondents. | ) |

MOTION FOR EVIDENTIARY HEARING

COMES NOW the Plaintiff/Petitioner in the above referenced matter by and through his court appointed attorney of record and files this his motion for an evidentiary hearing to allow this Court to hear the testimony of your Petitioner, John Henry Hunter, and to observe his demeanor as it relates to the issues raised in his 2254 Petition and this Court's decision on the equitable estoppel issue and for reasons thereto would show unto this Court as follows:

1. For that undersigned counsel was appointed by this Court to represent the Defendant in the above referenced matter and investigate the Defendant's mental status as it related to the equitable estoppel issue per the directions of the Eleventh Circuit Court of Appeals.  The Eleventh Circuit Court of Appeals remanded this cause back to this Court for investigation and factual development on the issue of

1

equitable estoppel. Accordingly the undersigned has reviewed those records contained in the court file, obtained other records corroborating many of those records from the court file and has met with the Plaintiff/Petitioner, John Hunter, in this matter.

2. The undersigned counsel believes that in order for this issue to be completely developed, this Court should hear the testimony of Hunter and observe his demeanor in court in order to decide whether or not there has been adequate showing that Hunter should be able to avail himself of the equitable estoppel defense as it relates to the time for filing a 2254 Petitions. Counsel requests this Court set this matter for an evidentiary hearing listen to Hunter's testimony and make said testimony a part of this Court's record on this cause.

Respectfully submitted,

_____
Donald L. Colee, Jr.
Attorney for the Appellant
604 38th Street South
Birmingham, Alabama 35222
(205) 592-4332

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above and foregoing upon the Respondent by mailing a copy of the same to Cecil G. Brendle, Assistant Attorney General, at his office of Office of the Attorney General 500 Dexter Avenue Montgomery, Alabama 36130, first class mail, postage prepaid and properly addressed, this the _____ day of _____, 2010.

                                                      Donald L. Colee, Jr.