IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN HENRY HUNTER, | ) |
| | ) |
| Plaintiff/Petitioner, | ) |
| | ) |
| vs. | ) CASE NO.: 4:08-CV-00838-RDP |
| | ) |
| JERRY FERRILL, et al., | ) |
| | ) |
| Defendants/Respondents. | ) |

## PETITIONER'S REPLY TO RESPONDENT'S BRIEF IN OPPOSITION OF 2254 PETITION

COMES NOW your Petitioner in the above matter by and through his court appointed attorney of record and files this his reply brief to Respondant's brief, and in support of this Court granting Petitioner's relief sought in his 2254 Petition and grant him a full hearing as to all grounds alleged therein.

Respondent acknowledges that case law is such that mental incompetency can support an equitable tolling of the time limits for filing a 2254 Petition. Fisher v. Johnson, 174 F.3rd. 710 (5th Cir. 1999). Their issue was whether or not there had been established a causal connection between Hunter's mental problems and his ability to timely file Federal Habeas Petition. This goes directly to Hunter's request for an evidentiary hearing for this Court to hear and observe him so it can make

1

factual findings as to whether or not it believes that Hunter's mental problems are to such an extent that it would directly affect his ability to timely file a Federal Habeas Petition. Either this Court should set this matter down for a hearing and allow Hunter to testify so it may observe him, or in the alternative allow Hunter to be examined by a trained psychiatrist or psychologist to determine whether or not his incapacity is such that it would have affected his ability to file his petition. Hunter is simultaneously herein filing such a request with this Court in lieu of its denial of an evidentiary hearing.

Hunter respectfully requests that if this Court feels that there has not been a sufficient showing that his mental capacity prevented him from pursuing his legal rights in a timely manner, that this Court either grant him an evidentiary hearing, or in the alternative appoint an expert to conduct an examination of Hunter to determine whether or not he so suffers.

Respectfully submitted,

*Donald L. Colee, Jr.*
Donald L. Colee, Jr.
Attorney at Law
604 38th Street South
Birmingham, Alabama 35222
(205) 592-4332
dcolee@bham.rr.com

CERTIFICATE OF SERVICE

  I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court, U. S. Mail a copy of the same to Cecil G. Brendel, Jr., Assistant Attorney General at his address of 500 Dexter Avenue Montgomery, Alabama 36130-0152, postage prepaid and properly addressed.

                *Donald L. Colee, Jr.*
                Donald L. Colee, Jr.