FILED
 2010 Jun-23  PM 02:24
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JOHN HENRY HUNTER, | ) |
| Plaintiff/Petitioner, | ) |
| vs. | ) CASE NO.: 4:08-CV-00838-RDP |
| JERRY FERRILL, et al., | ) |
| Defendants/Respondents. | ) |

MOTION FOR APPOINTMENT OF EXPERT

COMES NOW, your Petitioner in the above matter and files this his motion for this Court to appoint an expert to conduct a psychological examination of your Petitioner to provide information necessary for this Court to make a factual determination as to whether or not there is a causal connection between Hunter's mental issues including his retardation and his ability to timely file a Federal Habeas Petition.  These are factual issues that this Court can not accurately consider without the assistance of an expert to provide this Court a true and accurate analysis and opinion as to Hunter's mental status.

Hunter has previously been declared indigent and would request this Court either on its own appoint a court expert to examine him, or in the alternative to authorize funds for Hunter to obtain services of an expert to examine Hunter and to

1

present said information to this Court for its determination of this factual issue.

                Respectfully submitted,

                *Donald L. Colee, Jr.*
                Donald L. Colee, Jr.
                Attorney at Law
                604 38th Street South
                Birmingham, Alabama 35222
                (205) 592-4332
                dcolee@bham.rr.com

## CERTIFICATE OF SERVICE

 I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court, United States postal service a copy of the same to Cecil G. Brendel, Jr., Assistant Attorney General at his address of 500 Dexter Avenue Montgomery, Alabama 36130-0152, postage prepaid and properly addressed.

                *Donald L. Colee, Jr.*
                Donald L. Colee, Jr.