# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **JOHN HENRY HUNTER, JR.** | } | |
| Petitioner, | } | |
| v. | } | **4:08-CV-00838-RDP-RRA** |
| **WARDEN JERRY FERRELL and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA,** | } | |
| Respondents. | } | |

## ORDER

In accordance with the Memorandum Opinion entered this day, the court at this time **REJECTS** and **OVERRULES** the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. This case is **SET** for a pre-hearing conference with counsel on **Monday**, **February 28, 2011 at 11:00 a.m.** in Courtroom 7A of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama.

**DONE** and **ORDERED** this ___7th___ day of February, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE