## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **JOHN HENRY HUNTER,** ) | |
| ) | |
|     **Petitioner,** ) | |
| ) | |
| **v.** ) | **CASE NO.: 4:08-CV-00838-RDP-RRA** |
| ) | |
| **WARDEN JERRY FARRELL;** ) | |
| **THE ATTORNEY GENERAL FOR** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
|     **Respondents.** ) | |

### MEMORANDUM OPINION

On October 18, 2011, the court conducted a status conference with the parties. Based upon the report provided to the court by Dr. Glenn King[1] (which has not been contested by any party), the court finds that Petitioner John Henry Hunter was not mentally competent or able to represent himself for purposes of filing any appeal of his guilty plea and/or seeking any other post-conviction remedies that might have been available to him either in state court or federal court. As a result, the court further finds that Petitioner's case is due to be remanded to the Circuit Court of Etowah County, Alabama. Petitioner shall be allowed to pursue any and all remedies which he deems to be fit and proper and which were available to him as of the date of his original guilty plea on January 28, 1999.

While the court acknowledges there is a substantial question as to whether it has the authority to order the Circuit Court of Etowah County to appoint counsel to represent Petitioner, the court notes that Petitioner has been found at present to be mentally incompetent and unable to represent

---

[1] Dr. King was appointed by the court to conduct a forensic psychological examination of Petitioner.

himself – without the assistance of counsel – in order to pursue appropriate remedies as they relate to his guilty plea on January 28, 1999.  Thus, absent an appointment of counsel, any state court disposition of Petitioner's appeal or post-conviction remedies will likely face the same equitable tolling issues which have led the court to conclude that remand of this habeas case is appropriate.

As to all other matters raised in this Petition, the Petition is due to be dismissed without prejudice.  A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this ____17th____ day of November 17, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE