FILED
 2011 Nov-17 PM 04:21
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **JOHN HENRY HUNTER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **CASE NO.: 4:08-CV-00838-RDP-RRA** |
| | ) | |
| **WARDEN JERRY FARRELL;** | ) | |
| **THE ATTORNEY GENERAL FOR** | ) | |
| **THE STATE OF ALABAMA,** | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

In accordance with the Memorandum Opinion entered this day, this court **FINDS** that Petitioner Hunter was not mentally competent or able to represent himself for purposes of filing any appeal of his original guilty plea and/or seeking any other post-conviction remedies that might have been available to him either in state court or federal court. Therefore, the court further **FINDS** that Petitioner's pursuit of any such appeals and/or remedies is subject to equitable tolling. Petitioner's case is hereby **REMANDED** to the Circuit Court of Etowah County, Alabama. Petitioner **SHALL** be permitted to pursue any and all appeals and/or post-conviction remedies which he deems to be fit and proper and which were available to him as of the date of his original guilty plea on January 28, 1999.

As to all other matters raised in this Petition, the Petition is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court **SHALL** serve a copy of this Order upon all counsel of record and upon the Clerk of the Circuit Court of Etowah County, Alabama.

**DONE** and **ORDERED** this    17th    day of November 17, 2011.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE